422 A.2d 1167

Commonwealth v. Crump, Appellant.

Submitted December 8, 1978. Roger F. Perry, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Affirmed.